IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MURAT SULJOVIC,<br>Defendant. | Case No. 2:20-cr-153<br>ORDER SETTING NEW TRIAL DATE<br>Judge Jill N. Parrish |

Upon the United States moves to set a new trial date due to the continuance of trial in this case, the Court makes the following findings:

Defendant was charged by felony information on May 4, 2020 and waived grand jury presentation. The seventy day period for commencing trial under the Speedy Trial Act commenced on that date. The court set a trial date for July 20, 2020, which was within that period.

On June 15, 2020, the Chief Judge of the United States District Court for the District of Utah entered General Order 20-017, finding that the conditions of the COVID pandemic presented procedural and practical challenges to seating a jury that necessitated a continuance of all trials in the United States District Court for the District of Utah through August 1, 2020. The court excluded the intervening period from the calculation of time under the Speedy Trial Act in the "ends of justice" for the reasons set forth in that order.

On June 26, 2020, the Court entered a General Order 20-020 under the CARES Act, renewing those findings and extending those provisions for a period of 90 days, i.e. through November 1, 2020.

Accordingly, trial in this case has been continued through at least November 1, 2020 and the intervening period has been excluded under the Speedy Trial Act in the interests of justice due to procedural and practical challenges to seating a jury due to conditions of the COVID pandemic, as set forth in General Orders 20-017 and 20-020. However, no new trial date has been set.

NOW, THEREFORE, IT IS HEREBY ORDERED that trial in this case shall be and is hereby set for the ______ day of November, 2020. Proposed jury instructions, motions in limine and any other pretrial motions shall be filed no later than 30 days before trial. Proposed voir dire questions and any trial briefs shall be filed no later than 14 days before trial.

SO ORDERED:

______________________________

Hon. Jill N. Parrish
UNITED STATES DISTRICT COURT JUDGE